UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DIWANETRA L. HILL** | **CIV. ACTION NO. 3:21-02516** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDY BROWN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 33] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Amended Complaint [Doc. No. 18] filed by Defendants Sheriff Andy Brown, Richard Brazzel, and Warden Tim Ducote is **GRANTED IN PART**, and that the following claims are hereby **DISMISSED, WITH PREJUDICE** for failure to state a claim upon which relief can be granted, as supplemented,:

1) Plaintiff's claim under 42 U.S.C. § 1985(3) against all Defendants;

2) Plaintiff's claims against Sheriff Andy Brown in his individual capacity; and

3) Plaintiff's claims against Warden Tim Ducote, in his official capacity; any Title VII claim asserted against him; plus, any individual capacity claims against him for discrimination and retaliation under 42 U.S.C. § 1981 through § 1983; and

4) Plaintiff's claims against Assistant Warden Richard Brazzel, in their entirety.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Amended Complaint [Doc. No. 18], as supplemented, otherwise is **DENIED**.

Monroe, Louisiana, this 3rd day of August 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE